# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| EDWIN MEDEL, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:21-cv-00324-MR |
| | ) | |
| vs. | ) | |
| | ) | |
| BEEN CARDER, et at., | ) | |
| | ) | |
| Defendants. | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's January 3, 2022 Order.

January 3, 2022

Frank G. Johns, Clerk
United States District Court